UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW MCBEE**, <br><br> Petitioner, <br><br> v. <br><br> **ADAM DOUGLAS**, <br><br> Respondent. | **2:20-CV-12496-TGB-EAS** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER GRANTING PETITIONER'S REQUEST TO AMEND DOCUMENT** <br><br> **(ECF NO. 23)** |

Before the Court is Petitioner Matthew McBee's request to amend his brief in support of his habeas petition seeking relief under 28 U.S.C. § 2254. Petitioner seeks to amend "page 31, Relief Requested, in [his] Brief in Support of Amended Petitio[n] for Writ of Habeas Corpus, to avoid a procedural default." ECF No. 23, PageID.1901.

Federal Rule of Civil Procedure 15 provides that the Court should freely allow a party to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). The Court concludes that Respondent will not be prejudiced by granting Petitioner leave to amend his brief in support of the amended petition to include his requested relief.

Accordingly, the request to amend is **GRANTED**.

   **IT IS SO ORDERED**.

Dated: December 12, 2023    s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE